UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD JOHNSON,

        Plaintiff,

v.

        Case No. 23-10850
        Honorable Linda V. Parker

HOME DEPOT U.S.A., INC., and
JOHN DOE,

        Defendants.
_____/

## ORDER AND JUDGMENT

On March 10, 2023, Plaintiff filed this action against Defendants alleging state law claims of (1) negligence; (2) respondeat superior; (3) vicarious liability; and (4) premises liability. On April 13, 2023, Defendants filed a notice of removal. Home Depot filed a motion for summary judgment, which the Court granted in an Opinion and Order entered on October 9, 2024.

In the October 9, 2024, Opinion and Order, the Court ordered the Plaintiff to show cause why Defendant John Doe should not be dismissed by November 8, 2024. The deadline has passed, and Plaintiff has not responded to the show cause order.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims against John Doe are **DISMISSED PREJUDICE**;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint is **DISMISSED**.

s/ Linda V. Parker<br>
LINDA V. PARKER<br>
U.S. DISTRICT JUDGE

Dated: November 26, 2024

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, November 26, 2024, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan<br>
Case Manager
